FILED

2016 OCT 31 PM 1:33

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

R# 3466 0009826

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ADRENA RODRIGUEZ and WILLIAM HODGE, individually and on behalf of a class of similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>PREMIER BANKCARD, LLC and FIRST PREMIER BANK,<br>    Defendants. | Case No: 3:16-cv-02541-JGC<br><br>Judge James G. Carr<br>Magistrate Judge James R. Knepp |

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*
FOR JUSTIN THARPE HOLCOMBE**

Plaintiffs ADRENA RODRIGUEZ and WILLIAM HODGE ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby moves this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Justin Tharpe Holcombe, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Declaration of Justin Tharpe Holcombe, which is incorporated herein by reference. As established by the said Declaration, Justin Tharpe Holcombe (Georgia Bar No.: 552100) is a member in good standing of the Georgia Supreme Court, the highest court of the State of Georgia. Justin Tharpe

1

Holcombe agrees to be bound by the Local Rules of this District and Orders of this Court. For the foregoing reasons, counsel for Plaintiffs respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Justin Tharpe Holcombe.

This 27th day of October, 2016.

**SKAAR & FEAGLE, LLP**

Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile: (404) 601-1855