IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ADRENA RODRIGUEZ and WILLIAM HODGE, individually and on behalf of a class of similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>PREMIER BANKCARD, LLC and FIRST PREMIER BANK,<br>  Defendants. | Case No: 3:16-cv-02541-JGC<br><br>Judge James G. Carr<br>Magistrate Judge James R. Knepp |

## **DECLARATION OF JUSTIN THARPE HOLCOMBE**

Pursuant to 28 U.S.C. § 1746 and LR 83.5(h), JUSTIN THARPE HOLCOMBE hereby declares under penalty of perjury, as provided for by the laws of the United States, that the following statements are true:

1. My name is JUSTIN THARPE HOLCOMBE, I am over the age of twenty-one (21), and I am competent in all respects to testify regarding the matters set forth herein.

2. I voluntarily give this DECLARATION in support of my Motion for Admission *pro hac vice* as counsel for Plaintiffs ADRENA RODRIGUEZ and WILLIAM HODGE in the case of *Rodriguez, et al. v. Premier*

1

*Bankcard, LLC,* in the United States District Court for the Northern District of Ohio, Civil Action File Number 3:16-cv-02541-JGC.

3. The factual matters stated in this DECLARATION are based upon my personal knowledge.

## COUNSEL'S EXPERIENCE

4. I attended college in Athens, Georgia at The University of Georgia and received a Bachelor of Arts in Political Science with a minor in Anthropology in 2005.

5. I graduated from the Georgia State University College of Law in 2009.

6. I became licensed to practice law in the State of Georgia on November 5, 2009 upon taking the attorney's oath before the Superior Court of DeKalb County, Georgia.

7. I am admitted to practice in good standing in all trial courts of the State of Georgia and the Georgia Supreme Court.

8. I became admitted to practice before the Georgia Supreme Court, the highest court of the State of Georgia, on May 7, 2012.

9. My Georgia State Bar number is 552100.

10. I am admitted to practice in good standing in the United States District Courts for the Northern, Middle and Southern Districts of Georgia and the Northern District of Florida.

11. I am admitted to practice in good standing in the United States Court of Appeals for the Eleventh Circuit.

12. I maintain my principal office location at Skaar & Feagle, LLP, 133 Mirramont Lake Drive, Woodstock, Georgia 30189. My office telephone number is (770) 427-5600, my facsimile number is (404) 601-1855, and my email address is jholcombe@skaarandfeagle.com.

13. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

FURTHER DECLARANT SAYETH NOT

Executed on this 27th day of October, 2016.

JUSTIN THARPE HOLCOMBE
DECLARANT