IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ADRENA RODRIGUEZ and WILLIAM HODGE, individually and on behalf of a class of others similarly situated, | ) ) ) ) | CASE NO.: 3:16-CV-02541-JGC |
| | ) | Judge James G. Carr |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PREMIER BANKCARD, LLC and FIRST PREMIER BANK, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING EXHIBITS TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT WITH REDACTIONS**

Premier Bankcard, LLC and First Premier Bank hereby give notice of filing the redacted exhibits in support of the Motion for Summary Judgment filed at Doc # 28 and referenced in the Notice of Filing at Doc #29.

*OF COUNSEL:*

GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45201-5480
Phone: (513) 621-6464
Fax:    (513) 651-3836

Respectfully submitted,

*/s/ Kara A. Czanik*
Kara A. Czanik (0075165)
John B. Pinney (0018173)
GRAYDON HEAD & RITCHEY LLP
7759 University Drive, Suite A
West Chester, OH 45069
Phone: (513) 629-2746
Fax:    (513) 755-9588
E-mail: kczanik@graydon.law

Admitted *Pro Hac Vice:*
Stefanie H. Jackman
Daniel L. Delnero
Ballard Spahr LLP
999 Peachtree Street NE
Suite 1000
Atlanta, GA 30309-3915

Phone: (678) 420-9490
Fax:    (678) 420-9301
E-mail: jackmans@ballardspahr.com
         delnerod@ballardspahr.com

*Counsel for Defendants Premier Bankcard, LLC and First Premier Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2018, the foregoing NOTICE OF FILING EXHIBITS was filed via the Court's CM/ECF system that will serve electronic notice on all counsel of record.

/s/ Kara A. Czanik
Kara A. Czanik (0075165)

8659352.1