# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Adrena Rodriguez, et al  Case No. 3:16CV02541

    Plaintiffs,

v.  **ORDER**

Premier Bankcard, LLC et al,

    Defendants.

Status/scheduling conference held March 10, 2020. Time: 15 Minutes.

On concurrence of the parties, it is hereby

ORDERED THAT:

The case is dismissed with prejudice.

So ordered.[1]

    /s/ James G. Carr
    Sr. U.S. District Judge

---

[1] For more information about this court's case-management preferences in civil cases, please visit https://www.ohnd.uscourts.gov/judge-carr-civil-cases-case-management-preferences.